No. 02–10372.  HAOUARI v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 02–10374.  VARGAS v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 02–10375.  WRIGHT v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 02–10376.  DIOS-GONZALEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–10377.  DIGGS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–10378.  CESENA DE GARCIA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–10384.  SERRANO v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 02–10394.  GAMEZ-GONZALEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–10397.  SALDANA GONZALES, AKA GONZALES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–10400.  TABAS v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 02–10403.  KUZON, AKA BROWN, AKA LAWRENCE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–10404.  ZUNIGA v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 02–10408.  VIGGIANO v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 02–1066.  KUEHNE & NAGEL, INC. v. MOTOROLA, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.  JUSTICE SCALIA took no part in the consideration or decision of this petition.